UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                       Bankr. Case No. 18-04956-13

DANIEL H. HINER and MICHELLE M. HINER                            Chapter 13
     Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

         Americredit Financial Services, Inc. dba GM Financial
         PO Box 183853
         Arlington, TX 76096

         By  /s/ Mandy Youngblood

         Mandy Youngblood
         PO Box 183853
         Arlington, TX 76096
         877-203-5538
         877-259-6417
         Customer.service.bk@gmfinancial.com

Case 1:18-bk-04956-HWV    Doc 17    Filed 12/14/18    Entered 12/14/18 12:27:26    Desc
Page 1 of 2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 18-04956-13

DANIEL H. HINER and MICHELLE M. HINER  Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on December 4, 2018 :

| | |
|---|---|
| STEPHEN WADE PARKER<br>230 YORK ST<br>HANOVER, PA  17331 | U.S. Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx25969 / 975356