IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  DANIEL H. HINER  CHAPTER 13
       MICHELLE M. HINER  CASE NO.: 1:18-bk-04956
              DEBTORS

## NOTICE OF ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Debtors Daniel H. Hiner and Michelle M. Hiner for the above referenced case.

                                            **By:** *Nicholas G.Platt*
                                            Nicholas G. Platt 327239
                                            MOONEY LAW
                                            230 York Street
                                            Hanover, PA 17331
                                            ngp@mooney4law.com
                                            (717) 632-4656 Phone
                                            (717) 632-3612 Fax

Dated: June 29, 2021