United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-04956-HWV
Daniel Hillard Hiner  Chapter 13
Michelle M Hiner
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 25, 2022 | Form ID: 3180W | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel Hillard Hiner, Michelle M Hiner, 5716 Potteiger Avenue, Harrisburg, PA 17112-4042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Oct 25 2022 22:43:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5141196 | | EDI: PHINAMERI.COM | Oct 25 2022 22:43:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5134397 | + | EDI: PHINAMERI.COM | Oct 25 2022 22:43:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 5134398 | + | EDI: TSYS2 | Oct 25 2022 22:43:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 5134399 | + | EDI: CAPITALONE.COM | Oct 25 2022 22:43:00 | Cap1/Justice, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 5134400 | + | EDI: CAPITALONE.COM | Oct 25 2022 22:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5149563 | | EDI: CAPITALONE.COM | Oct 25 2022 22:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5134403 | + | EDI: CITICORP.COM | Oct 25 2022 22:43:00 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 5134404 | + | EDI: WFNNB.COM | Oct 25 2022 22:43:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5134405 | + | EDI: WFNNB.COM | Oct 25 2022 22:43:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5134406 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 25 2022 18:47:17 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5134407 | | EDI: DISCOVER.COM | Oct 25 2022 22:43:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 5137730 | | EDI: DISCOVER.COM | Oct 25 2022 22:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5134402 | | EDI: JPMORGANCHASE | Oct 25 2022 22:43:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 5156071 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2022 18:47:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5134408 | + | Email/Text: bk@lendingclub.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Oct 25 2022 18:35:00 | LendingClub, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 5134409 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 25 2022 18:35:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 5134410 | + | Email/Text: unger@members1st.org | Oct 25 2022 18:35:00 | Members 1st Fcu, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 5134411 | + | Email/Text: Mercury@ebn.phinsolutions.com | Oct 25 2022 18:35:00 | Mercury Card/fb&t, Po Box 84064, Columbus, GA 31908-4064 |
| 5154086 | | EDI: PRA.COM | Oct 25 2022 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5134852 | + | EDI: RECOVERYCORP.COM | Oct 25 2022 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5155366 | | EDI: Q3G.COM | Oct 25 2022 22:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5155367 | | EDI: Q3G.COM | Oct 25 2022 22:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5134412 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 25 2022 18:35:00 | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 5143690 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 25 2022 18:35:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5134413 | + | EDI: RMSC.COM | Oct 25 2022 22:43:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 5134414 | + | EDI: RMSC.COM | Oct 25 2022 22:43:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5134415 | + | EDI: RMSC.COM | Oct 25 2022 22:43:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5158998 | + | Email/Text: bncmail@w-legal.com | Oct 25 2022 18:35:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5134417 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 25 2022 18:35:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 5134418 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 25 2022 18:35:00 | Toyota Motor Credit Corp., PO Box 8026, Cedar Rapids, IA 52408 |
| 5134416 | | EDI: WTRRNBANK.COM | Oct 25 2022 22:43:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 5155431 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 25 2022 18:35:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5134419 | + | EDI: CAPITALONE.COM | Oct 25 2022 22:43:00 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5134401 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2022  Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 2 Michelle M Hiner ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Daniel Hillard Hiner ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Daniel Hillard Hiner | Social Security number or ITIN: xxx–xx–8701 | EIN: __–_____ |
| Debtor 2 (Spouse, if filing): Michelle M Hiner | Social Security number or ITIN: xxx–xx–6778 | EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 1:18-bk-04956-HWV | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daniel Hillard Hiner          Michelle M Hiner

10/25/22

**By the court:** Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**